

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-12-00640-CR**

| | | |
|---|---|---|
| James Tyler Pool | § | From the 355th District Court |
| | § | of Hood County (CR10067) |
| v. | § | August 30, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court to dismiss the State's motion to revoke.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM